TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
BRADLEY K. KING, SBN 274399
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiff
  ANDREA PAPPEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA PAPPEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Defendants. | Case No. 3:15-cv-00064 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF, PER LOCAL RULE 3-15** <br><br> JURY TRIAL DEMANDED |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  January 6, 2015                    Respectfully submitted,
                                           **AHDOOT & WOLFSON, PC**

                                           _/s/ T. Wolfson_
                                           Tina Wolfson
                                           Robert Ahdoot
                                           Keith Custis
                                           Theodore W. Maya
                                           **AHDOOT & WOLFSON, P.C.**
                                           1016 Palm Ave.
                                           West Hollywood, California 90069
                                           Tel: 310-474-9111; Fax: 310-474-8585

                                           Counsel for Plaintiff
                                             ANDREA PAPPEY

---

1

PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES