UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PHILLIBEN, et al.,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No.  14-cv-05615-JST

**ORDER RELATING CASES**

Re: ECF No. 22

    Before the Court is a stipulation signed by Plaintiffs Matthew Philliben and Byron McKnight; Defendants Uber Technologies, Inc. and Rasier, LLC; and Andrea Pappey and Jacob Sabatino, agreeing that the following cases are related to the present matter: (1) <u>Pappey v. Uber Technologies, Inc.</u>, No. 3:15-cv-00064-JD; and (2) <u>Sabatino v. Uber Technologies, Inc., et al.</u>, No. 3:15-cv-00363-JD.  ECF No. 22.  As the judge assigned to the earliest filed case, I find that these more recently filed cases are related to the case assigned to me, and order that they shall be reassigned to me.

    The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order

///

///

continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

    IT IS SO ORDERED.

Dated: February 18, 2015

                                                JON S. TIGAR
                                    United States District Judge