# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA PAPPEY,<br>    Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC.,<br>    Defendant. | Case No. 15-cv-00064-JST<br><br>**ORDER**<br>Re: ECF No. 25 |

Pursuant to the parties' stipulation, the case management conference currently scheduled for April 15, 2015, is hereby rescheduled to June 24, 2015, at 2:00 p.m. A case management statement shall be due June 10, 2015. The parties' deadlines to act under Rule 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are hereby extended and discovery stayed. The parties shall conduct the Rule 26(f) conference at least 21 days before the rescheduled case management conference.

IT IS SO ORDERED.

Dated: March 25, 2015

                                                                                                        _____
                                                                                                        JON S. TIGAR
                                                                                                        United States District Judge