UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA PAPPEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-00064-JST<br><br>**ORDER**<br><br>Re: ECF No. 29 |

Pursuant to the parties' stipulation, ECF No. 29, the Court orders as follows:

Defendant's deadline to respond to Plaintiffs' First Amended Complaint will be May 4, 2015. Should Defendant's responsive pleading be a motion of any kind, Plaintiffs' opposition will be due on May 13, 2015, Defendant's reply will be due on May 26, 2015, and the hearing on Defendant's responsive motion will be on June 11, 2015, at 2:00 p.m. In accordance with this schedule, the case management conference will be scheduled for July 22, 2015, at 2:00 p.m.; the case management statement deadline will be July 8, 2015; and the parties' deadline to act under Federal Rule of Civil Procedure 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), will be extended accordingly.

IT IS SO ORDERED.

Dated: April 21, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge