1    TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
2    ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
3    KEITH CUSTIS, SBN 218818
kcustis@ahdootwolfson.com,
4    THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
5    AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
6    West Hollywood, California 90069
7    Telephone: 310-474-9111
Facsimile: 310-474-8585
8

9    NICK SUCIU III (pro hac vice application
forthcoming)
10    nicksuciu@bmslawyers.com
BARBAT, MANSOUR & SUCIU PLLC
11    434 West Alexandrine #101
Detroit, Michigan 48201
12    Telephone: (313) 303-3472

13    Counsel for Plaintiffs
    JULIAN MENA, TODD SCHREIBER,
14    NATE COOLIDGE and ERNESTO MEJIA

15           **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18   JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE and ERNESTO MEJIA | Case No. 3:15-cv-00064-JST |
| 19   individually and on behalf of all others similarly situated, | **DECLARATION OF JULIAN MENA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |
| 20              Plaintiffs, | |
| 21     v. | |
| 22   UBER TECHNOLOGIES, INC., a Delaware Corporation, | |
| 23 | |
| 24              Defendants. | |

25

26

27

28

1    I, Julian Mena, declare as follows:

2    1.    I am a plaintiff in this action.  This declaration is submitted in support of

3    Plaintiffs' Opposition to Defendant Uber Tecnhologies, Inc.'s ("Uber") Motion to Stay

4    Proceedings Pending Arbitration. I have personal knowledge of the matters set forth in this

5    declaration and, if called as a witness, I could and would testify competently thereto.

6    2.    I am an Uber customer.  I obtained an Uber account on October 13, 2013 using

7    an Iphone 4.

8    3.    When I signed up for an Uber account, I recall entering my name and providing

9    my email address, cell phone number and credit card number.

10   4.    I do not recall seeing anything about Uber's Terms of Service. Only in

11   connection with this lawsuit am I aware of the Terms of Service.  I was not required to read

12   any Terms of Service before creating an account with Uber.  Nor was I required to "click" on

13   any box or hyperlink to confirm that I had read and agreed to the Terms of Service.

14   5.    I also did not see anything about arbitration when I created an account with

15   Uber. I did not realize that, by signing up for an Uber account, I was being asked to give up the

16   right to file a lawsuit against Uber. Only in connection with this lawsuit am I aware that Uber

17   contends I agreed to arbitrate my claims against Uber.

18   6.    I have reviewed the Declaration of Paul Holden In Support of Uber's Motion to

19   Stay Proceedings Pending Arbitration (the "Holden Declaration") and the Exhibit A to the

20   Holden Declaration, which Mr. Holden states are screenshots of the registration process for the

21   Iphone-based Uber App in use on October 2013.

22   7.    I am familiar with the size of the screen on an Iphone 4.  The screenshots

23   attached as Exhibit A to Mr. Holden's Declaration do not accurately reflect the size of the

24   screen of an Iphone 4.  They appear to be twice as large as the screen of an Iphone 4.

25   8.    I understand that Uber contends that I agreed to its Terms of Service because it

26   includes the following sentence, in very small, grey font, on the last screen of the registration

27   process:  "By creating an Uber account, you agree to the Terms of Service & Privacy Policy."

28   *See* Holden Decl., Ex. A.

MENA DECL. ISO OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

1       9.      As noted, I do not recall seeing any reference to Uber's Terms of Service when

2   I obtained an Uber account.

3       10.     I always turn down the brightness level on my Iphone to increase the amount of

4   time my Iphone runs before it needs to be recharged.  I have compared the screenshot of the

5   "Link Payment" page of the Uber registration process with 100% brightness and with the

6   brightness level turned down.  When the brightness level is turned down to the level that I

7   maintain to preserve the battery, I cannot see the sentence that says "By creating an Uber

8   account, you agree to the" on the screen.

 

18            100% Brightness                      Dimmed Brightness

19      11.     To be clear, I did not see the sentence that reads "By creating an Uber account,

20  you agree to the Terms of Service & Privacy Policy," and ignore it.  I simply did not see that

21  sentence on any screen during the registration process.

22      12.     When I signed up for an Uber account, I also did not see any reference to the

23  American  Arbitration  Association  or  "the  Commercial  Arbitration  Rules  and  the

24  Supplementary Procedures for Consumer Related Disputes." Even if I had, I only vaguely

25  knew what the American Arbitration Association is.  I definitely would not have understood

26  that a reference to the American Arbitration Association rules meant that I was giving an

27  arbitrator the exclusive right to decide if the "Terms of Service" are legally valid.

28

1    I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.

3        Executed this 12th day of May 2015, in San Diego, California.

4    _____

5                    Julian Mena

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MENA DECL. ISO OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING ARBITRATION