TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
KEITH CUSTIS, SBN 218818
kcustis@ahdootwolfson.com,
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, California 90069
Telephone: 310-474-9111
Facsimile: 310-474-8585

NICK SUCIU III (pro hac vice application forthcoming)
nicksuciu@bmslawyers.com
BARBAT, MANSOUR & SUCIU PLLC
434 West Alexandrine #101
Detroit, Michigan 48201
Telephone: (313) 303-3472

Counsel for Plaintiffs
  JULIAN MENA, TODD SCHREIBER,
  NATE COOLIDGE and ERNESTO MEJIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE and ERNESTO MEJIA individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>     v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>              Defendants. | Case No. 3:15-cv-00064-JST<br><br>**DECLARATION OF ERNESTO MEJIA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |

I, Ernesto Mejia, declare as follows:

1. I am a plaintiff in this action. This declaration is submitted in support of Plaintiffs' Opposition to Defendant Uber Tecnhologies, Inc.'s ("Uber") Motion to Stay Proceedings Pending Arbitration. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I am an Uber customer. I obtained an Uber account on October 24, 2014 using an Iphone 5.

3. When I signed up for an Uber account, I recall entering my name and providing my email address, cell phone number and credit card number.

4. I do not recall seeing anything about Uber's Terms of Service. Only in connection with this lawsuit am I aware of the Terms of Service. I was not required to read any Terms of Service before creating an account with Uber. Nor was I required to "click" on any hyperlink to confirm that I had read and agreed to the Terms of Service.

5. I also did not see anything about arbitration when I created an account with Uber. I did not realize that, by signing up for an Uber account, I was being asked to give up the right to file a lawsuit against Uber.

6. I have reviewed the Declaration of Amir Memon In Support of Uber's Motion to Stay Proceedings Pending Arbitration (the "Memon Declaration") and the Exhibit A to the Memon Declaration, which Mr. Memon states are screenshots of the registration process for the Iphone-based Uber App in use on October 2014.

7. I am familiar with the size of the screen on an Iphone 5. The screenshots attached as Exhibit A to Mr. Memon's Declaration do not accurately reflect the size of the screen of an Iphone 5. They appear to be twice as large as the screen of an Iphone 5.

8. I understand that Uber contends that I agreed to its Terms of Service because it includes the following sentence on the last screen of the registration process: "By creating an Uber account, you agree to the Terms of Service & Privacy Policy." *See* Memon Decl., Ex. A.

9. As noted, I do not recall seeing any reference to Uber's Terms of Service when I obtained an Uber account.

10. I always turn down the brightness level on my Iphone to preserve the battery. I have compared the screenshot of the "Link Payment" page of the Uber registration process with 100% brightness and with the brightness level turned down. When the brightness level is turned down to the level I maintain to preserve the battery, I cannot see the reference to Uber's Terms of Service on the screen.

 

100% Brightness                    Dimmed Brightness

11. When I signed up for an Uber account, I also did not see any reference to the American Arbitration Association or "the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes." Even if I had, I only vaguely knew what the American Arbitration Association is. I definitely would not have understood that a reference to the American Arbitration Association rules meant that I was giving an arbitrator the exclusive right to decide if the "Terms of Service" are legally valid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of May 2015, in Chicago, Illinois.

_____
Ernesto Mejia