TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
KEITH CUSTIS, SBN 218818
kcustis@ahdootwolfson.com,
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
1016 Palm Avenue
West Hollywood, California 90069
Telephone: 310-474-9111
Facsimile: 310-474-8585

NICK SUCIU III (pro hac vice application forthcoming)
nicksuciu@bmslawyers.com
BARBAT, MANSOUR & SUCIU PLLC
434 West Alexandrine #101
Detroit, Michigan 48201
Telephone: (313) 303-3472

Counsel for Plaintiffs
  JULIAN MENA, TODD SCHREIBER,
  NATE COOLIDGE and ERNESTO MEJIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE and ERNESTO MEJIA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:15-cv-00064-JST<br><br>**DECLARATION OF KEITH CUSTIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |

I, Keith Custis, declare as follows:

1. I am an Of Counsel to the law firm of Ahdoot Wolfson, PC, one of the law firms representing Plaintiffs in this action. I make this declaration in support of Plaintiffs' Opposition to Defendant Uber Tecnhologies, Inc.'s ("Uber") Motion to Stay Proceedings Pending Arbitration. The matters stated herein are based on my personal knowledge or otherwise on information and belief and, if called upon, I would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a printout of an article called "Maximizing Battery Life and Lifespan" that is available on the Internet at https://www.apple.com/batteries/maximizing-performance/.

3. Attached hereto as **Exhibit B** is a true and correct copy of a printout of an document entitled "How do I sustain my Android battery life?" that available on the Internet at http://www.samsung.com/us/support/faq/FAQ00053525/63077/SCH-I545ZKALRA

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of a printout of an article called "How to save battery life on your Android device: 20 tips for better battery performance" that is available on the Internet at http://www.androidpit.com/how-to-save-battery-life.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of a printout of an article called "7 Ways to Preserve Your Battery Life on iOS 8" that is available on the Internet at http://mashable.com/2014/10/01/how-to-save-battery-ios-8/.

6. Attached hereto as **Exhibit E** is a true and correct copy of the document that is available at the following link: http://www.adr.org/arb_med.

//
//
//
//
//
//
//

7. Attached hereto as **Exhibit F** is a true and correct copy of a screenshot that I obtained on an iPhone 4s, which popped up when I attempted to install a new version of Apple, Inc.s iOS 8.3 operating system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of May 2015, in Los Angeles, California.

/s/ Keith Custis
Keith Custis