# Exhibit B

## FAQs

Product: Mobile > Cell Phones

Print | Email | Close

Last Updated on 02/09/2015

### Cell Phones: How do I sustain my Android battery life?

**Manage Battery Life**

The android devices are enabled with advanced features that consume more battery power. No user is the same. Battery power can drain over time based on user preference. Every phone that Samsung manufactures has a specified talk time and a specified standby time.

- **Standby:** The amount of time available in Sleep mode in which a phone's display is inactive to save power, but not totally shut down.
- **Talk Time:** Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

**NOTE:** Batteries naturally degrade over time; or after a large number of charges. As a general rule, batteries can lose some of their original capacity over their lifetime. Usage and charging habits can affect battery capacity loss. Follow the directions below for best battery use/longevity.

Follow the process below to monitor your device's battery.

**Battery Manager**

Your device has a built-in battery diagnostic tool. The Battery Manager allows you to visually see device use habits and determine which functions are using the most battery.

1. From the Home screen, touch **Menu**  > **Settings** > **Battery**. The main screen for your device's battery status will appear.



2. The percentage shown indicates that the battery is currently at 33 percent capacity and (as shown) charging via USB.

Didn't find what you were looking for?

Contact Us

Live Chat

Twitter Support

Facebook Support

Google Plus Support



3.  The graph below the percentage shows that the deviec was last charged to 100 percent approximately 10 hours, 15 minutes and 34 seconds ago. The time will only reset when you fully recharge the device to 100 percent again.



4.  The icons below the graph show which activities are draining the battery. You can touch each icon to adjust settings for any particular feature.



5.  Touch the Battery Graph detail about battery use and charge times. The height in the graph lindicates the level of charge within the timeframe from the last 100 percent charge.



**NOTE:** The information below the graph shows specific detail about each feature and directly relates to the timeline in the graph.

The items below Mobile Network Signal represent battery usage as related to customer use patterns:

- **Awake** – the handset is running tasks, but the screen is not necessarily on.
- Watch for extended periods of blue that could show apps that are keeping the phone active.
- **Screen On** – this indicates the screen is visible, not in standby.
- **Charging** – indicates when a device is plugged into a charger and charging. The charging line will show periods of partial charging since the last complete charge.



The list shows performance and activity information for this phone's battery and can change based on customers use.

- **Cell Standby:** Battery used by cellular radio.
- **Screen**: Battery used by display and back light.
- **Android System:** Battery used by android system apps.
- **Android OS:** Battery used by android operating system.
- **Phone**: Battery used by phone app.

### Ways to Conserve Battery Power

You can conserve battery power on your device by searching for features to turn off or alter settings for.

1. Depending on how you use your device, you can select unknown games, applications to turn off and conserve battery power. **NOTE:** Screen Battery usage can be adjusted to conserve battery power.



2. From the Home screen select Menu ▭ > Settings ⚙ > Power saving mode. Touch the slider ON to help conserve battery power.

   There are four options you can touch to turn on in Power saving mode:

   - **CPU power saving:** limits the maximum CPU performance. It does not affect normal usage (browsing, video playback).

   - **Screen power saving:** this reduces the screen frame rate and lowers brightness when the screen is turned on.

   - **Background color:** changes the background color brightness level of the browser.

   - **Turn off haptic feedback:** turns off this feature as it will use additional battery power.



3. From the Home screen select Menu ▭ > Settings ⚙ > Display. Touch Brightness. You can lower the screen brightness level to conserve battery power.



4. From the Home screen select Menu [icon] > Settings [icon] > Display. Select Screen timeout to adjust how long the screen stays on before timing out.



5. You can remove any unused or unnecessary widgets that will use battery whether due to the widget syncing schedule or animations tied to that widget.

- Touch and hold the widget.
- Drag the widget to the Remove bar at the top of your screen and release.
- The widget is removed from the Home screen but is still available in the Widgets tab.



**Start Device in Safe Mode**

Safe Mode allows the device to boot up without installed third party apps, which will conserve battery power.

1. To start the device in Safe Mode, with the device Powered Off, press and hold Power key.

    2.Once the animation starts, Press and hold the Volume down key until the lock screen appears.

    3.Keep the Volume down button until device boots up.

    4.Safe Mode is indicated in the lower left hand side when enabled.

    5.To get out of Safe Mode restart the device.