Exhibit C

# How to save battery life on your Android device: 20 tips for better battery performance

Kris Carlon ⌄ 4 months ago

**20**

It's no secret that smartphones are notorious battery hogs, with some devices having an almost embarrassing screen-on time. Those big luscious AMOLED and LCD screens are an obvious drain on your battery, but did you know there's lots of things you can do behind the scenes to get the most out of your Android? Read on for our best battery saving tips to make your battery last longer.

- Android battery killers: the worst apps for your battery
- How black wallpaper can save battery life



Learn how to save battery life with these Android smartphone tips. / © ANDROIDPIT

- Best Android apps
- Best Android games

First, some background: most smartphones have either a Lithium Ion battery or a Lithium Polymer battery. Both are Lithium Ion though, and as such, do not have a "memory" which means you don't have to fully charge or discharge them at the beginning, and partial charging is fine throughout their life.

In fact, these types of batteries suffer from low voltage, so it's actually much better to charge them, even if only a little, whenever you have the chance rather than to fully charge and fully drain them.



[Link to video](#)

## 1. Use a dark colored background

If your phone has an [AMOLED screen](#) (like most Samsungs), use a dark colored background, because AMOLED screens only illuminate the colored pixels. Black pixels are unlit, so the more black pixels you have, or the more darker pixels, the less battery you need to light them up.

## 2. Make apps darker too

Using darker app backgrounds/themes and darker launcher themes will further prolong your battery life (if your device has an AMOLED screen).

## 3. Get rid of auto-brightness

Don't use display auto-brightness. It may sound good, but auto-brightness is usually way brighter than you really need. It's much better to manually set a super low brightness level that is still

5/12/2015
Case3:15-cv-00064-JST Document38-3 Filed05/13/15 Page4 of 4
15 ways to save your Android's battery | AndroidPIT

comfortable, and then just bump it up when necessary. This is one of the main ways to improve your battery life as the screen is one of the biggest battery suckers.



Nice bright wallpapers may look lovely on AMOLED screens, but they drain power. / © AndroidPIT

## 4. Vibrate away!

Switch off vibrate. Unless you really need that added awareness, turn off vibration. It actually takes more power to vibrate your phone than it does to ring it. Turn off haptic feedback too. Sure it feels cool, but it doesn't really add anything to your experience, and it's another battery drainer.

## 5. Don't use a knockoff

Only use original batteries or respected third party manufacturer batteries. Saving a few bucks on a battery that might damage your beloved smartphone is a poor choice indeed, and may also deliver sub-standard battery performance.