# Exhibit D

# Mashable

We're using cookies to improve your experience. Click Here to find out more.

- 
- Mashable
  Mashable Australia Mashable UK
- Sign in
  - Like
  - Follow
  - Follow  365,786
  - YouTube  175K
  - Follow  6.6M
  - Mashable
  - Mashable
  - 
  - see more >
- Search
  
  Search
  
  Social Media
  Tech
  Business
  Entertainment
  World
  Lifestyle
  Watercooler
- More
  - Channels
    Social Media
    Tech
    Business
    Entertainment
    World
    Lifestyle
    Watercooler
  - Company
    About Us
    Licensing & Reprints
    Archive
    Mashable Careers
  - Contact
    Contact Us
    Submit News
  - Advertise
    Advertise
  - Legal
    Privacy Policy
    Terms of Use
    Cookie Policy
  - Apps
    iPhone / iPad
    Android
  - Resources
    Subscriptions
  - Sites
    Jobs
    Events
    Social Good Summit
    Media Summit


11.6k
Share on Facebook Share Tweet on Twitter Share Share

# 7 Ways to Preserve Your Battery Life on iOS 8

11.6k
Share on Facebook Share Tweet on Twitter Share Share



IMAGE: MASHABLE COMPOSITE

BY SAMANTHA MURPHY KELLY
OCT 01, 2014

Those of you running the latest iOS 8 software on your iPhone or iPad might notice your battery life dwindling faster than usual.

That's because the handful of shiny new features added to the mobile operating system are working harder to make your mobile experience more productive. Of course, ironically, that productivity lasts for less time than before.

**SEE ALSO:** The 15 Best Features of iOS 8

Users with iOS 8 running on a new iPhone 6 or iPhone 6 Plus are less likely to feel the effects of this, thanks to a stronger (and newer) battery that lasts longer than previous models. But regardless of the model you have, there are quick and easy ways to preserve battery life and add extra hours to its daily longevity.

Some tips are less obvious than others — and many tips can be used for previous software versions too, like iOS 7 — so let's take a few minutes to explore what can save hours of time:

## 1. Identify culprits



*IMAGE: APPLE*

First, you'll want to figure out which apps are sucking away your battery life most. Apple has added a new tool in iOS 8 that gives a percentage breakdown of the biggest drainers. To identify which apps you should close when not in use, visit Settings > General > Usage > Battery Usage. You can then close out of these apps or just delete them, if they can be spared.

## 2. Manage Background App Refresh

Just like with iOS 7, the latest Apple software comes with Background App Refresh set to "on." The feature lets apps run in the background while you multitask and continually refreshes content when running on Wi-Fi or a cellular network. It's handy for constant refreshing, but certainly not worth the battery life it drains along the way.

To disable this feature, visit Settings > General > Background App Refresh. You can pick whether you want to turn off the function in general or via an app by app basis.

### 3. Cool it with notification widgets



IMAGE: MASHABLE, CHRISTINA WARREN

iOS 8 finally has widgets that you can access from Notification Center — just pull down from the top of the screen and customize your Today view. These widgets can offer up sports scores, weather updates, transit information and more. The only downside is that some of these widgets poll data frequently and that can be taxing on your battery. The good news is you can select which widgets you want to enable (and which ones you want to keep at bay) by tapping the "Edit" menu at the bottom of the Today screen.

### 4. Shut down parallax

Some people like how Apple's parallax feature makes it seem like the wallpaper can move behind the apps; others think it's dizzying. Either way, it's one of the biggest offenders of battery life for iOS 8. To turn it off, visit Settings > General > Accessibility and switch Reduce Motion to "on."

### 5. Stop location-tracking apps

Location-tracking apps can be great for when you need GPS directions or even if you want to keep a geo-log of where you take your pictures, but the constant monitoring is eating away precious hours of device life. You can turn off Location Services completely (Settings > Privacy > Location Services) or disable certain apps one by one. We recommend the latter option, so you can still leave on key location-based functions such as Find My iPhone if it's ever lost.

There's more, too. Selecting the System Services option under Location Services will reveal a collection of other app features that are stealing away battery life, including "Popular Near Me" and "Frequent Locations."

### 6. Turn down the brightness

This may seem obvious, but your display is draining your battery, and there's no need to have it shine any brighter than necessary. Use the Control Center or visit Settings > Wallpapers & Brightness and disable Auto-Brightness and decrease the setting manually.