# Exhibit E

SIGN IN | REGISTER



About ▪ Careers ▪ News ▪ Events ▪ Contact Us    Search

| Rules & Procedures | Areas of Expertise | Services | Arbitrators & Mediators | Education & Resources |

File & Manage a Case ›

Home > Services > Dispute Resolution Services > Arbitration

# Arbitration

Arbitration is a time-tested, cost-effective alternative to litigation. Arbitration is the submission of a dispute to one or more impartial persons for a final and binding decision, known as an "award." Awards are made in writing and are generally final and binding on the parties in the case. The AAA's arbitration services include access to its superior case management services, well-screened expert neutrals who undergo continuous training, and the AAA's Rules and Procedures that govern the various ADR processes.

AAA arbitrators possess years of industry-specific knowledge and experience. The AAA's Panel of Arbitrators includes more than 7,000 individuals located throughout the world. Their conduct is guided by the Association's Code of Ethics for Arbitrators in Commercial Disputes. Information about AAA arbitrators is available to parties who have already filed a case.
The AAA's Rules and Procedures cover arbitrations across a wide variety of industries and case types. These rules and procedures detail the steps in the resolution process and ensure that all parties to a case are treated fairly and equitably. The commercial, consumer, employment and labor rules, as well as the rules for state programs can be found in this section of the website.

Arbitration
Class Arbitration
Non-Binding Arbitration
Mediation
Administrative Review Council
AAA Claims Programs
Online Services
CaseXplorer Arbitration
Judicial Settlement Conference
Class Arbitration Case Docket

› **CaseXplorer Arbitration**: Cost-effective alternative to in-person mock arbitrations

## Arbitration Process:

**Filing and Initiation**
Arbitrator Selection
Preliminary Hearing
Information Exchange and Preparation
Hearings
Post-Hearing Submissions
The Award

The AAA generally commences administration of an arbitration case when one party submits a Demand for Arbitration, a copy of the arbitration provision and the appropriate filing fee to the AAA. From there, the respondent will be notified by the AAA, and a deadline will be set for an answer and/or counterclaim. Cases also may commence with a Submission to Dispute Resolution, the appropriate filing fee to the AAA and the consent of all parties if no arbitration agreement exists or the AAA is not named as the resolution provider in the agreement.

Education Services ▪ Neutrals eCenter® ▪ Mediation.org ▪ NY Insurance Programs

©2015 American Arbitration Association.    Contact Us | Privacy Policy | Terms of Use



INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®