IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, AND ERNESTO MEJIA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:15-CV-00064-JST<br><br>**DECLARATION OF A. MATTHEW ASHLEY IN SUPPORT OF UBER'S REPLY IN SUPPORT OF MOTION TO STAY PENDING ARBITRATION** |

1  I, A. Matthew Ashley, declare as defendant in follows:

2  1.  I am an attorney at law, admitted to practice in the United States District Court, Northern District of California, and I am a partner with the law firm of Irell & Manella LLP, counsel of record for Defendant Uber Technologies, Inc.

2.  I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

3.  Attached hereto as Exhibit A is a true and correct copy of the screenshot submitted by the defendant in *Nicosia v. Amazon.com, Inc.*, No. 14-CV4513, 2015 WL 500180 (E.D.N.Y. Feb. 4, 2015), Dtk. No. 53-3.

4.  Attached hereto as Exhibit B is a true and correct copy of the screenshot submitted by the defendant in *Starke v. Gilt Groupe, Inc.*, No. 13 CIV. 5497 LLS, 2014 WL 1652225 (S.D.N.Y. Apr. 24, 2014), Dtk. No. 14-1.

5.  Attached hereto as Exhibit C is a true and correct copy of the screenshots submitted by the defendant in *Crawford v. Beachbody*, *LLC*, No. 14CV1583, 2014 WL 6606563 (S.D. Cal. Nov. 5, 2014), Dkt. No. 15-5.

6.  Attached hereto as Exhibit D is a true and correct copy of the screenshots submitted by the plaintiff in *Fteja v. Facebook, Inc.*, 841 F. Supp. 2d 829 (S.D.N.Y. 2012), Dkt. No. 17.

7.  Attached hereto as Exhibit E is a true and correct copy of the screenshot submitted by defendant in *Swift v. Zynga Game Network, Inc.*, 805 F. Supp. 2d 904 (N.D. Cal. 2011), Dkt. No. 67-6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2015, at Newport Beach, California.


By:   /s/ A. Matthew Ashley
A. Matthew Ashley

**ECF ATTESTATION**

I, Michael Harbour, am the ECF user whose ID and password are being used to file **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:     /s/  Michael Harbour

Michael Harbour

- 2 -