# EXHIBIT C


Case 3:15-cv-00064-JST Document 40-5 Filed 05/26/15 Page 2 of 3
Case 1:15-cv-00064-CKK Document 11-5 Filed 06/15/15 Page 2 of 3
At Home Workout Videos & Fitness Programs - Beachbody.com    Page 1 of 2

Case 3:15-cv-00064-JST Document 40-15 Filed 05/26/15 Page 2 of 3
Case 3:15-cv-00064-JST Document 40-15 Filed 05/26/15 Page 3 of 3
At Home Workout Videos & Fitness Programs - Beachbody.com        Page 2 of 2

**Important:** Billing Name, Address, and Zip Code must be the same as on your billing statement.

By clicking *Place Order* below, you are agreeing that you have read and understand the Beachbody Purchase Terms and Conditions, and Team Beachbody Terms and Conditions.

**PLACE ORDER**

Home | About Us | Press | Newsletters | Message Boards | Customer Service | Live Chat | My Account | Terms of Use | Privacy Policy | Site Map | Contact Us

†Results may vary. Exercise and proper diet are necessary to achieve and maintain weight loss and muscle definition.
Please consult with a physician before beginning any exercise program.
© 2014 Beachbody, LLC. All rights reserved.