# EXHIBIT D



For no apparent reason, Defendant has determined their sign up screen must dominate and expand beyond a user's computer screen. There is no ToP reference or link on this page. Thus, one begins signing up without reading the ToP. The next screen appears once "Sign Up" is pressed:



Page 16

Defendant cannot be relied upon when Defendant falsely insists on informing Plaintiffs of the forum selection clause. Only if an applicant has set their browser at the proper size <u>and their screen resolution at the right setting</u>, they will see Defendant's microscopic reference to Defendant's ToP:



Otherwise, members never receive notice about Defendant's ToP. Invisibility combined with limited translations of the ToP, its non-displayed segments and variations thereof result in millions of people throughout the world signing up, giving Defendant access to email addresses of hundreds of millions more without ever receiving notice of an agreement! This is how deceptively Defendant gathered 600,000,000 members.

24. In conclusion, Defendant's ToP is just <u>yada yada</u> Defendant's employees never take seriously and probably have never read because of its labyrinthic nature. After all, Defendant's ToP size matters as Defendant's own employees do not have time to read it or print it, demonstrated through the partial Exhibits in Yang's Declaration. Defendant uses <u>yada yada</u> to shield Defendant from litigation. Plaintiffs never received adequate warning over <u>yada yada</u>, or notice of a forum selection clause.