# EXHIBIT E



ZS0000114