IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, AND ERNESTO MEJIA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 5:15-CV-00064-JST<br><br>**DECLARATION OF WILLIAM GLAD IN SUPPORT OF UBER'S REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |

I, William Glad, hereby declare as follows:

1. I am over the age of 18 and I submit this declaration in support of Defendant's Motion to Stay Proceedings Pending Arbitration. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. I am an Assistant Litigation Paralegal at Uber. In the normal course of its business, Uber maintains records of the rides a user requests and completes through use of the Uber App. As Assistant Litigation Paralegal, I have access to these records.

3. At the request of counsel, I accessed these records for Mr. Nate Coolidge. Based on my review of these records, I determined that Mr. Coolidge requested and completed fourteen rides after October 29, 2014, including three rides after May 4, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2015, at San Francisco, California.

By: _____

-1-
DECL. OF WILLIAM GLAD ISO REPLY ISO
MOTION TO STAY PROCEEDINGS PENDING ARBITRATION (Case No. 5:15-CV-00064-JST)