UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIAN MENA, et al.,

          Plaintiffs,

    v.

UBER TECHNOLOGIES, INC.,

          Defendant.

Case No.  15-cv-00064-JST

**ORDER GRANTING LEAVE TO FILE SURREPLY AND CONTINUING MOTION HEARING**

Re: ECF No. 42

Before the Court is Plaintiffs' Objection to and Motion to Strike Reply Evidence Re Defendant's Motion to Stay Proceedings Pending Arbitration, or in the Alternative, Request for a Surreply.  ECF No. 42.  Plaintiffs' motion to strike is denied.  Their request for leave to file a surreply to respond to new evidence and arguments raised on reply is granted.  Plaintiffs may file a surreply, which shall not exceed ten pages, by June 9, 2015.  The hearing on the motion to stay, ECF No. 31, currently scheduled for June 11, 2015, is continued to July 2, 2015, at 2:00 p.m.

    IT IS SO ORDERED.

Dated:  June 2, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California