| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Andra Barmash Greene (123931) |
| 2 | agreene@irell.com |
|   | A. Matthew Ashley (198235) |
| 3 | mashley@irell.com |
|   | 840 Newport Center Drive, Suite 400 |
| 4 | Newport Beach, California 92660-6324 |
|   | Telephone:  (949) 760-0991 |
| 5 | Facsimile:  (949) 760-5200 |
| 6 | Attorneys for Defendant, |
|   | Uber Technologies, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, AND ERNESTO MEJIA, individually and on behalf of all others similarly situated,

        *Plaintiffs*,

vs.

UBER TECHNOLOGIES, INC., a Delaware Corporation,

        *Defendant.*

Case No. 3:15-cv-00064-JST

**NOTICE OF CHANGE OF COUNSEL**

---

3428038

**NOTICE OF CHANGE OF COUNSEL**
**(Case No. 3:15-cv-00064-JST)**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Justin Owens, listed as one of the counsel of record for UBER TECHNOLOGIES, INC. ("Defendant"), is no longer with Irell & Manella LLP and should be removed from all matters relating to the above-mentioned matter.

Defendant will continue to be represented by the other attorneys of record from Irell & Manella LLP.

Service should continue to be made upon the remaining attorneys appearing in this case.

Dated: June 3, 2015               IRELL & MANELLA LLP


                                  By: /s/ A. Matthew Ashley
                                      A. Matthew Ashley
                                      Attorneys for Defendant
                                      Uber Technologies, Inc.

- 1 -

**NOTICE OF CHANGE OF COUNSEL**
**(Case No. 3:15-cv-00064-JST)**

3428038