1  TINA WOLFSON, SBN 174806
   twolfson@ahdootwolfson.com
2  ROBERT AHDOOT, SBN 172098
   rahdoot@ahdootwolfson.com
3  KEITH CUSTIS, SBN 218818
   kcustis@ahdootwolfson.com,
4  THEODORE W. MAYA, SBN 223242
   tmaya@ahdootwolfson.com
5  AHDOOT & WOLFSON, P.C.
   1016 Palm Avenue
6  West Hollywood, California 90069
7  Telephone: 310-474-9111
   Facsimile: 310-474-8585
8

9  NICK SUCIU III (pro hac vice application
   forthcoming)
10 nicksuciu@bmslawyers.com
   BARBAT, MANSOUR & SUCIU PLLC
11 434 West Alexandrine #101
   Detroit, Michigan 48201
12 Telephone: (313) 303-3472

13
   Counsel for Plaintiffs
14   JULIAN MENA, TODD SCHREIBER,
     NATE COOLIDGE and ERNESTO MEJIA
15

16
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE and ERNESTO MEJIA individually and on behalf of all others similarly situated, | Case No. 3:15-cv-00064-JST |
| **Plaintiffs,** | **STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |
| v. | |
| UBER TECHNOLOGIES, INC., a Delaware Corporation, | Date:       July 2, 2015 |
| | Time:       2:00 p.m. |
| **Defendants.** | Judge:     Hon. Jon S. Tigar |
| | Courtroom:  San Francisco Courthouse Courtroom 9, 19th Floor 450 Golden Gate Ave. San Francisco, CA 94102 |
| | Action Filed: January 6, 2015 |
| | Trial Date:   TBD |

18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Northern District Civil Local Rule 7-3(d) and in connection with

2   Defendant Uber Technologies, Inc.'s Motion to Stay Proceedings Pending Arbitration (ECF

3   No. 31), Plaintiffs respectfully submit the following relevant judicial opinion that was

4   published after the date that Plaintiffs' Opposition was filed with the Court:

5    1.    Judge Chen's June 9, 2015 consolidated decisions in *Mohamed v. Uber*

6   *Technologies, Inc., et al.*, Case No. 3:14-cv-05200 EMC (N.D. Cal. June 9, 2015) (Chen, J.)

7   and *Gillette v. Uber Technologies, Inc., et al.*, Case No. 3:14-cv-05241 EMC (N.D. Cal. June

8   9, 2015).  A copy of the consolidated decision is attached hereto as Exhibit A.

9    Plaintiffs respectfully direct the Court's attention to Footnote No. 16 at pp. 20:18-

10  21:21, where Judge Chen states that "the Court is persuaded by *Tompkins* and other cases that

11  recognize that whether the language of a delegation clause is 'clear and unmistakable' should

12  be viewed from the perspective of the particular parties to the specific contract at issue. What

13  might be clear to sophisticated counterparties is not necessarily clear to less sophisticated

14  employees or consumers."

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

Plaintiffs also respectfully direct the Court's attention to Judge Chen's rulings on: (1) procedural unconscionability at pp. 41:1-42:8, n.35 & 62 n. 48; and (2) substantive unconscionability at pp. 56:1-59:19.

DATED:  June 10, 2015                    Respectfully submitted,

**AHDOOT & WOLFSON, P.C.**

By:  /s/ Keith Custis

Tina Wolfson
Robert Ahdoot
Keith Custis, Of Counsel
Theodore W. Maya
1016 Palm Avenue
West Hollywood, California 90069
Tel: 310-474-9111
Fax: 310-474-8585

Nick Suciu III (pro hac vice application forthcoming)
BARBAT, MANSOUR & SUCIU PLLC
434 West Alexandrine #101
Detroit, Michigan 48201
Tel: (313) 303-3472

Counsel for Plaintiffs
    JULIAN MENA, TODD SCHREIBER,
    NATE COOLIDGE and ERNESTO MEJIA