IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE and ERNESTO MEJIA individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., a Delaware Corporation <br><br> Defendant. | Case No. 3:15-cv-00064-JST <br><br> JOINT STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY PENDING MEDIATION <br><br> Judge:   Hon. Jon S. Tigar |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively with Plaintiffs, the "Parties"), respectfully move this Court to enter a stipulation staying the current litigation for 60 days due to pending settlement negotiations between the Parties. In support of this stipulation, the Parties state:

WHEREAS, in order to resolve this dispute, the Parties are engaging in settlement negotiations and believe that a compromise can be reached;

WHEREAS, the Parties have scheduled a mediation session with the Hon. Carl J. West (Ret.) for August 4, 2015;

WHEREAS, in order to facilitate the Parties' settlement discussions, the Parties request and stipulate to a 60 day stay of the case and all currently scheduled hearings and deadlines;

WHEREAS, the Parties jointly desire to avoid further expenditure of the Court's resources or their own resources on this litigation pending completion of the agreed-upon mediation;

WHEREAS, no Scheduling Order has been entered for the case;

WHEREAS, the hearing on Uber's Motion to Stay Proceedings Pending Arbitration is currently scheduled for July 2, 2015;

WHEREAS, a Case Management Conference is currently scheduled for July 22, 2015;

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the Parties that, subject to Court approval, all scheduled deadlines and hearings be continued for 60 days pending mediation between the Parties; the currently scheduled July 2, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration be continued until at least August 27, 2015; the currently scheduled July 22, 2015 Case Management Conference be continued until at least September 16, 2015; and the parties will file a Joint Statement regarding the status of the settlement following the mediation.

**IT IS SO STIPULATED.**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

Dated:  June 29, 2015                    IRELL & MANELLA LLP

By: /s/ A. Matthew Ashley
A. Matthew Ashley
Attorneys for Defendant
Uber Technologies, Inc.

Dated:  June 29, 2015                    AHDOOT & WOLFSON, P.C.

By: /s/ Tina Wolfson
Tina Wolfson
Keith Custis
Attorneys for Plaintiff

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

1  **PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS**:

2  All scheduled deadlines and hearings are continued for 60 days pending mediation between
3  the Parties. The currently scheduled July 2, 2015 hearing on the Motion to Stay Proceedings
4  Pending Arbitration is continued until August 27, 2015. The currently scheduled July 22, 2015
5  Case Management Conference is continued until September 16, 2015, and the parties' deadline to
6  file a Case Management Statement and act under Federal Rule of Civil Procedure 26, including the
7  conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are
8  extended accordingly and discovery shall remain stayed. The parties will update the Court on the
9  status of the settlement following the mediation.

11  Dated: _____     _____
                                            Honorable Jon S. Tigar
12                                          United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

3445107             - 3 -

## ECF ATTESTATION

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY PENDING MEDIATION. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:   /s/ Nathaniel Lipanovich

Nathaniel Lipanovich

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY PENDING MEDIATION (Case No. 3:15-cv-00064-JST)