1   IRELL & MANELLA LLP
Andra Barmash Greene (123931)
2   agreene@irell.com
A. Matthew Ashley (198235)
3   mashley@irell.com
840 Newport Center Drive, Suite 400
4   Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
5   Facsimile:   (949) 760-5200

6   Attorneys for Defendant
Uber Technologies, Inc.
7

8                  **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11   JULIAN MENA, TODD SCHREIBER, NATE )   Case No. 3:15-cv-00064-JST
COOLIDGE and ERNESTO MEJIA          )
12   individually and on behalf of all others  )   JOINT STIPULATION AND [PROPOSED]
similarly situated,                 )   ORDER FOR TEMPORARY STAY
13                                      )   PENDING MEDIATION
Plaintiffs,           )
14                                      )   Judge:   Hon. Jon S. Tigar
vs.                 )
15                                      )
UBER TECHNOLOGIES, INC., a Delaware )
16   Corporation                         )
)
17              Defendant.          )
)
18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

1    Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia ("Plaintiffs")

2  and Defendant Uber Technologies, Inc. ("Uber") (collectively with Plaintiffs, the "Parties"),

3  respectfully move this Court to enter a stipulation staying the current litigation for 60 days due to

4  pending settlement negotiations between the Parties.  In support of this stipulation, the Parties

5  state:

6    WHEREAS, in order to resolve this dispute, the Parties are engaging in settlement

7  negotiations and believe that a compromise can be reached;

8    WHEREAS, the Parties have scheduled a mediation session with the Hon. Carl J. West

9  (Ret.) for August 4, 2015;

10    WHEREAS, in order to facilitate the Parties' settlement discussions, the Parties request

11  and stipulate to a 60 day stay of the case and all currently scheduled hearings and deadlines;

12    WHEREAS, the Parties jointly desire to avoid further expenditure of the Court's resources

13  or their own resources on this litigation pending completion of the agreed-upon mediation;

14    WHEREAS, no Scheduling Order has been entered for the case;

15    WHEREAS, the hearing on Uber's Motion to Stay Proceedings Pending Arbitration is

16  currently scheduled for July 2, 2015;

17    WHEREAS, a Case Management Conference is currently scheduled for July 22, 2015;

18    NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY

19  STIPULATED by and between the Parties that, subject to Court approval, all scheduled deadlines

20  and hearings be continued for 60 days pending mediation between the Parties; the currently

21  scheduled July 2, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration be

22  continued until at least August 27, 2015; the currently scheduled July 22, 2015 Case Management

23  Conference be continued until at least September 16, 2015; and the parties will file a Joint

24  Statement regarding the status of the settlement following the mediation.

25    **IT IS SO STIPULATED.**

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

1    Dated:  June 29, 2015                    IRELL & MANELLA LLP

2

3                                            By:  /s/ A. Matthew Ashley

4                                                 A. Matthew Ashley
                                                  Attorneys for Defendant
5                                                 Uber Technologies, Inc.

6

7
     Dated:  June 29, 2015                    AHDOOT & WOLFSON, P.C.
8

9

10                                           By:  /s/ Tina Wolfson

11                                                Tina Wolfson
                                                  Keith Custis
12                                                Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107                                    - 2 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS**:

      All scheduled deadlines and hearings are continued for 60 days pending mediation between the Parties.  The currently scheduled July 2, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration is continued until August 27, 2015.  The currently scheduled July 22, 2015 Case Management Conference is continued until September 16, 2015, and the parties' deadline to file a Case Management Statement and act under Federal Rule of Civil Procedure 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are extended accordingly and discovery shall remain stayed.  The parties will update the Court on the status of the settlement following the mediation.

Dated:  June 29, 2015

Hon____
United S____

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)

1

## ECF ATTESTATION

2        I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file

3 this JOINT STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY PENDING

4 MEDIATION.  I hereby attest that I received authorization to insert the signatures indicated by a

5 conformed signature (/s/) within this e-filed document.

6                                                    By:     /s/  Nathaniel Lipanovich

7                                                            Nathaniel Lipanovich

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3445107

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:15-cv-00064-JST)