IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE and ERNESTO MEJIA individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation<br><br>        Defendant. | Case No. 3:15-cv-00064-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR SECOND TEMPORARY STAY PENDING MEDIATION<br><br>Judge:  Hon. Jon S. Tigar |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459757

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:15-cv-00064-JST)

Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively with Plaintiffs, the "Parties"), respectfully move this Court to enter a stipulation staying the current litigation for an additional four weeks due to pending settlement negotiations between the Parties and the need for informal discovery to facilitate settlement. In support of this stipulation, the Parties state:

WHEREAS, this Court granted the Parties' Joint Stipulation and [Proposed] Order for Temporary Stay Pending Mediation on June 29, 2015 (Dkt. No. 48);

WHEREAS, the Parties are working to gather and exchange informal discovery prior to their mediation but will be unable to exchange all requested information prior to the previously scheduled August 4, 2015 mediation session with the Hon. Carl J. West (Ret.);

WHEREAS, the Parties have filed a Stipulation and Protective Order to govern the exchange of information in this case (Dkt. No. 49);

WHEREAS, the Parties have re-scheduled the mediation session with the Hon. Carl J. West (Ret.) for August 24, 2015 so that the Parties can exchange and review informal discovery prior to the mediation date;

WHEREAS, the Parties jointly desire to avoid further expenditure of the Court's resources or their own resources on this litigation pending completion of the agreed-upon mediation;

WHEREAS, no Scheduling Order has been entered for the case;

WHEREAS, the hearing on Uber's Motion to Stay Proceedings Pending Arbitration is currently scheduled for August 27, 2015;

WHEREAS, a Case Management Conference is currently scheduled for September 16, 2015;

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the Parties that, subject to Court approval, all scheduled deadlines and hearings be continued for 28 days pending mediation between the Parties; the currently scheduled August 27, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration be continued until at least September 24, 2015; the currently scheduled September 16, 2015 Case

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459757

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:15-cv-00064-JST)

Management Conference be continued until at least October 14, 2015; and the parties will file a Joint Statement regarding the status of the settlement following the mediation.

**IT IS SO STIPULATED.**

Dated: July 29, 2015                                        IRELL & MANELLA LLP


By: /s/ A. Matthew Ashley
    A. Matthew Ashley
    Attorneys for Defendant
    Uber Technologies, Inc.


Dated: July 29, 2015                                        AHDOOT & WOLFSON, P.C.


By: /s/ Keith Custis
    Tina Wolfson
    Keith Custis
    Attorneys for Plaintiff

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459757

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:15-cv-00064-JST)

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS**:

All scheduled deadlines and hearings are continued for 28 days pending mediation between the Parties.  The currently scheduled August 27, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration is continued until September 24, 2015.  The currently scheduled September 16, 2015 Case Management Conference is continued until October 14, 2015, and the Parties' deadline to file a Case Management Statement and act under Federal Rule of Civil Procedure 26, including the conference of the Parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are extended accordingly and discovery shall remain stayed.  The Parties will update the Court on the status of the settlement following the mediation.

Dated: _____    _____
                                                             Honorable Jon S. Tigar
                                                             United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459757

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:15-cv-00064-JST)

- 3 -

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR SECOND TEMPORARY STAY PENDING MEDIATION. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: /s/ Nathaniel Lipanovich

Nathaniel Lipanovich

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459757

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:15-cv-00064-JST)