UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN MENA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 15-cv-00064-JST<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER**<br><br>Re: ECF No. 49 |

The Court writes separately to order that any party or other person subject to the terms of the parties' stipulated protective order requesting relief from the Court pursuant to paragraph 12 of the protective order must first meet and confer with the other parties to the proceeding. See Civil L.R. 1-5(n).

IT IS SO ORDERED.

Dated: August 3, 2015

_____
JON S. TIGAR
United States District Judge