United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | Case No. 14-cv-05615-JST<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TEMPORARY STAY**<br><br>Re: ECF No. 60 |

  The Court has received the parties' Joint Stipulation requesting a further extension of temporary stay. ECF No. 60. The request is granted. The hearing on Defendants' Motion to Stay Proceedings Pending Arbitration, currently set for November 19, 2015, is hereby continued to December 17, 2015 at 2:00 p.m. The Case Management Conference currently set for December 2, 2015, is hereby continued to January 6, 2016 at 2:00 p.m. No further extensions will be granted.

  IT IS SO ORDERED.

Dated: November 16, 2015

                     _____
                       JON S. TIGAR
                     United States District Judge