Tina Wolfson (CSB# 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CSB# 172098)
rahdoot@ahdootwolfson.com
Meredith S. Lierz (CSB# 296650)
mlierz@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel:   (310) 474-9111
Fax:   (310) 474-8585

*Attorneys for Plaintiffs, Julian Mena, et al.*

Andra Barmash Greene (CSB# 123931)
agreene@irell.com
A. Matthew Ashley (CSB# 198235)
mashley@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Tel:   (949) 760-0991
Fax:   (949) 760-5200

*Attorneys for Defendant, Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE and ERNESTO MEJIA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation<br><br>Defendants. | Case No. 3:15-cv-00064-JST<br><br>HON. JON S. TIGAR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON THE PARTIES' SETTLEMENT IN PRINCIPLE AND REQUESTING THAT ARBITRATION HEARING BE VACATED** |

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Pursuant to Civil Local Rule 6-2, Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge and Ernesto Mejia ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties") provide this update to inform the Court that they have reached a settlement in principle in this case.  The Parties are working on a Stipulation of Settlement with the goal of filing it along with a motion for preliminary approval before the end of 2015.  As a result, the Parties respectfully request this Court to vacate Defendant's Motion to Stay Proceedings Pending Arbitration (Dkt. #31), currently scheduled to be heard on December 17, 2015.

By and through their respective counsel of record, the Parties hereby stipulate and request that the Court enter an Order as follows:

WHEREAS, Plaintiffs commenced this action on January 6, 2015 [Dkt. 1];

WHEREAS, Plaintiffs filed their first amended class action complaint on April 13, 2015 [Dkt. 28];

WHEREAS, on May 4, 2015, Defendant filed a Motion to Stay Proceedings Pending Arbitration [Dkt. #31]; Plaintiffs filed their Opposition to this Motion on May 13, 2015 [Dkts. 37 & 38]; Defendant filed a Reply on May 26, 2015 [Dkt. 39]; and Plaintiff filed a Supplemental Brief on June 9, 2015 and a Statement of Recent Decision on June 10, 2015 [Dkt. 45 & 46];

WHEREAS, this Court granted the Parties' Joint Stipulation and [Proposed] Order Updating the Court on Settlement Discussions and Requesting Extension of Temporary Stay on November 16, 2015 [Dkt. 59];

WHEREAS, the hearing on Uber's Motion to Stay Proceedings Pending Arbitration is currently scheduled for December 17, 2015;

WHEREAS, a Combined Case Management Conference is currently scheduled for January 25, 2016 [Dkt. #60];

– 1 –

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON THE PARTIES'
SETTLEMENT IN PRINCIPLE AND REQUESTING THAT ARBITRATION HEARING BE VACATED
(CASE NO. 3:15-CV-00064-JST)**

WHEREAS, the Parties have reached a settlement in principle in this matter and are drafting a Stipulation of Settlement, with the goal of filing said Stipulation along with a motion for preliminary approval by the end of 2015;

WHEREAS, no scheduling order has been entered and no trial date has been set for this case and the parties believe that the granting of the herein requested continuances will not have any effect on the schedule for the case;

**NOW THEREFORE**, in consideration of the foregoing, the Parties, by and through their undersigned counsel, hereby stipulate, agree and request that the Court enter an Order as follows:

1. That, pursuant to Civil L.R. 6-2, the hearing on Defendant's Motion to Stay Proceedings Pending Arbitration [Dkt. #31] presently set for December 17, 2015 at 2:00 p.m. be vacated;

2. That the Combined Case Management Conference presently set for January 25, 2016 at 1:30 p.m. [Dkt. #60], and the corresponding deadlines under Federal Rule of Civil Procedure 26 and the Court's orders, remain unchanged.; and

3. That discovery remains stayed.

**IT IS SO STIPULATED.**

Dated: December 14, 2015   **AHDOOT & WOLFSON, PC**

By:   /s/ Robert Ahdoot
        Tina Wolfson
        Robert Ahdoot

*Counsel for Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge and Ernesto Mejia*

Dated: December 14, 2015   **IRELL & MANELLA LLP**

By:   /s/ Andra Greene
        Andra Barmash Greene
        A. Matthew Ashley

*Counsel for Defendant Uber Technologies, Inc.*

– 2 –

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON THE PARTIES'
SETTLEMENT IN PRINCIPLE AND REQUESTING THAT ARBITRATION HEARING BE VACATED
(CASE NO. 3:15-CV-00064-JST)**

**CERTIFICATION PER GENERAL ORDER NO. 45, § X-B**

Pursuant to General Order No. 45, § X-B, I, Nathaniel Lipanovich, hereby certify that on December 14, 2015, Andra B. Green and Robert Ahdoot authorized me to submit this Joint Stipulation And [Proposed] Order Updating the Court on the Parties' Settlement In Principle and Requesting That Arbitration Hearing Be Vacated: December 14, 2015

                        /s/ Nathaniel Lipanovich
                            Nathaniel Lipanovich

– 3 –

**[PROPOSED] ORDER**

Pursuant to the Parties' December 14, 2015 Stipulation, the Court:

(1) Vacates the hearing on Defendant's Motion to Stay Proceedings Pending Arbitration [Dkt. #25];

(2) Orders that the Combined Case Management Conference presently set for January 25, 2016 at 1:30 p.m. [Dkt. #60], and the corresponding deadlines under Federal Rule of Civil Procedure 26 and the Court's orders, remain unchanged; and

(3) Orders that discovery shall remain stayed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: December 14, 2015

                                      Honorable
                                      United States District Judge

*IT IS SO ORDERED — Judge Jon S. Tigar*

– 4 –

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON THE PARTIES' SETTLEMENT IN PRINCIPLE AND REQUESTING THAT ARBITRATION HEARING BE VACATED (CASE NO. 3:15-CV-00064-JST)**