UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PHILLIBEN, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No. 14-cv-05615-JST

**ORDER RE: HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Re: ECF No. 75

Currently pending before the Court is an Administrative Motion to File Under Seal, ECF No. 75, which seeks to file a Motion for Preliminary Approval of Class Action Settlement and a declaration in support, with portions redacted. The District Attorney of San Francisco subsequently filed, with leave of the Court, an amicus brief regarding this motion, to which Defendants filed a response. ECF Nos. 84, 85.

The Motion for Preliminary Approval, which was filed as an exhibit to the Motion to File Under Seal, identifies March 17, 2016 as the hearing date for that motion. ECF No. 75-3. The parties did not notice a hearing on that date, however, presumably due to the pendency of the Motion to File Under Seal. This order therefore clarifies that no hearing is currently scheduled for the Motion for Preliminary Approval that is the subject of the pending Motion to File Under Seal. The Court will address the potential need for a hearing upon ruling on the Motion to File Under Seal.

IT IS SO ORDERED.

Dated: March 8, 2016

JON S. TIGAR
United States District Judge