UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 3:14-cv-05615-JST<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/31/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

*Undredacted version of ECF No. 98*

    Mickel M. Arias
    Arias Sanguinetti Stahle & Torrijos, LLP
    6701 Center Drive West, Suite 1400
    Los Angeles, CA 90045-1558

    Robert Ahdoot
    Ahdoot & Wolfson, P.C.
    1016 Palm Avenue
    West Hollywood, CA 90069

1 Dated: 8/31/2016

Susan Y. Soong
Clerk, United States District Court

By:_____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR