UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 14-cv-05615-JST <br><br> **ORDER TO UNSEAL ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Re: ECF No. 99 |

On August 30, 2016, this Court issued a sealed version of its Order Denying Motion for Preliminary Approval of Class Action Settlement. ECF No. 98, and on the same day issued an Order to Show Cause why the order should not be unsealed. ECF No. 99. Defendants have since informed the Court that they do not oppose unsealing the Court's order, and no other party has filed a response. ECF No. 101. Accordingly, the order shall be unsealed. The Clerk shall unseal this Court's Order Denying Motion for Preliminary Approval of Class Action Settlement.

IT IS SO ORDERED.

Dated: September 8, 2016

_____
JON S. TIGAR
United States District Judge